**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2021-0467, <u>Deborah Southwell v. Demoulas Super Markets, Inc.</u>, the court on October 17, 2022, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant, Demoulas Super Markets, Inc., appeals the order of the Superior Court (<u>Leonard</u>, J.), following a jury trial, entering judgment on the jury's verdict in favor of the plaintiff, Deborah Southwell.  The defendant argues that the trial court erred in:  (1) denying its motion for judgment notwithstanding the verdict and/or to set aside the jury verdict; (2) denying its motion to set aside the verdict and/or for remittitur; and (3) allowing a store manager to testify concerning his observations of certain employees' conduct as seen on videotape.

As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the defendant's arguments, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**
